[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


RECEIVED CR
11/19/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| _____ <br> **SHEDRICK BOWES-NORTHERN** , <br><br> Plaintiff(s), <br><br> vs. <br><br> **SYDNEY M. SCOTT, COUNTY OF COOK, FREDRICK BATES, IRIS MARTINEZ** <br> _____ , <br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. **1:21-CV-06244** <br><br> **JUDGE LEE** <br> **MAGISTRATE JUDGE HARJANI** |

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is **SHEDRICK BOWES-NORTHERN** .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __**FREDRICK BATES, IRIZ MARTINEZ, COUNTY OF COOK**__, is
(name, badge number if known)

☒ an officer or official employed by ___**COOK COUNTY GOVERNMENT**___;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of ___**CHICAGO**___

_____ , in the County of ___**COOK**___,

State of Illinois, at __**11839 S. STATE STREET**_____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐ failed to provide plaintiff with needed medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☐ Other:
**FAILED TO PROVIDE DUTY OF CARE, NEGLIGENCE FEDERAL LAWS AND STATE LAWS, DISABILITY DISCRIMINATION**

_____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7.  Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): **ILLINOIS SUPREME COURT JUDICIAL RULES 61-68, DUTY OF CARE LAWS**

8.  Plaintiff was charged with one or more crimes, specifically:

    **UUW, FELONY THREAT**

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    ☒ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____.

    ☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*)

**SEE ATTACHMENTS**

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

**SEE ATTACHMENT**

13.    Plaintiff asks that the case be tried by a jury.    ☒ Yes         ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1. On January 19, 2018, I Shedrick Bowes-Northern filed a petition to establish parentage with Illinois Odyssey Efile. The case number is 2018D679029 Shedrick Bowes vs. Sydney Scott. I filed a petition to establish parentage after Sydney Scott wouldn't allow me to see our children whenever she got upset or wanted to be bitter.

On March 12, 2018, Judge Doretha Renee Jackson gave Sydney Scott and me temporary agreed Order for parentage, allocation, and parenting time. The Order that she gave us is as follows:

FINDINGS:

1. Petitioner filed a complaint to be adjudicated the father of the child Shevellia Scott, born 2-3-12.

2. Petitioner intended to file the complaint for both children Shevellia and Thaddaeus Scott, born 4-19-13.

3. The parties have reached a temporary agreement without prejudice as set forth below.

IT IS HEREBY ORDERED:

A. The complaint filed on 1-9-18 is amended instanter to reflect the petitioner is seeking to adjudicate the father of both children (Shevellia and Thaddaeus).

B. Shedrick Bowes is declared the legal father of Shevellia Scott and Thaddaeus Scott. The mother testified that no other person could possibly be the father of the two children. Father shall take this Order to vital records to add his name to the children's birth certificates.

C. Both parties shall make any and all significant decisions pertaining to the children, including but not limited to education, health, religion, and extracurricular/recreational activities, on a temporary basis until the next court date.  D. The children shall reside with Mother.

2. On March 22, 2018, Sydney Scott filed an Order of protection against me. Sydney Scott lied and said that I told her mother, Cheryl Spencer, to get her black dress ready cause I would beat her up. In retaliation for me calling DCFS on her. Judge Doretha Renee Jackson vacated the emergency order of protection on April 12, 2018.

3. On November 15, 2018, my son Thaddaeus Scott told me that his auntie slapped my daughter in the face when she didn't listen. Thaddaeus told me that he was protecting his sister when her auntie hit her. I recorded my son saying what happened. I filed a police report with the Chicago police department. The case number is #JB517487. The Chicago police detectives that took the report are Alec S. Keegan #1764 and Matthew L. Micetich #20973.

4. On April 15, 2020, Sydney Scott said she forgot to put our daughter's medicine in her bag. I called and asked Sydney Scott if she would meet me, and she said that she was not meeting me to give me their medicine.

5. On April 19, 2020, Sydney Scott denied me from talking to our son on his birthday. She said that I couldn't see our son for his birthday. Sydney Scott violated court order 2018D79029 given to both of us in open Court by not allowing me to see our son on his birthday.

6. On April 24, 2020, Sydney Scott said that she's not meeting me cause our children want to go with their grandmother. Once again, disobeying the court order. Sydney Scott violated court order 2018D79029 given to both of us in open Court by not showing up to Court ordered pickup and drop-off location.

7. On April 24, 2020, I called Sydney Scott, but she didn't answer the phone. I called our daughter Shevellia phone, and she picked up. You can hear me ask our daughter to put Sydney Scott on the phone. Sydney Scott got on the phone and said she was not at home after lying, saying she was. Sydney Scott violated court order 2018D79029 given to both of us in open Court by not showing up to Court ordered pickup and drop-off location.

8. On April 24, 2020, I called the police to Sydney Scott's address at 380 E. Kensington Avenue Chicago, IL. Sydney Scott didn't meet me at the meeting location. I had to go to her house and call the police to get our two children. Chicago police officer Steven Huerta #9390 took the report. Sydney Scott violated court order 2018D79029 given to both of us in open Court by not showing up to Court ordered pickup and drop-off location.

9. On July 10, 2020, I filed to get an order of protection against Sydney Scott and her boyfriend Stephen Smith after receiving threats from both of them for bringing the police over to their house. I brought the police to their house to get my children for our parentage court order time after Sydney Scott wasn't showing up and purposely not answering her phone to keep me away from our children and disobey court orders.

10. October 16, 2020, I called Chicago police to do a well-being check on my children after they didn't answer the phone and Sydney Scott didn't answer. Chicago police department officer Powell is heard saying that she remembers me from being called over to Sydney Scott's motherhouse prior and the mold and Sydney Scott not obeying court orders. Officer Powell told me to call back after 8:30 pm if Sydney Scott didn't show up at the meeting location.

11. October 16, 2020, I called the Chicago police department after Sydney Scott didn't arrive at the meeting location to drop off our children. Sydney Scott violated court order 2018D679029 given to both of us by Cook County Circuit Court Judge Lisette Catherine Mojica on August 27, 2018, by not showing up to court order pickup and drop-off location. You can hear me complain to a Chicago police officer about her not showing up. He brought me to tears. We had a good conversation about God that made much sense.

12. On October 22, 2020, Cook County Domestic Court Judge Fredrick H. Bates told me that I couldn't get my children's birth certificates. Judge Fredrick Bates was aware of Sydney Scott not obeying parentage court orders. Judge Fredrick Bates is heard on audio violating my civil rights, 5th amendment rights, 14th amendment rights, 6th amendment, being biased, and breaking Illinois Supreme Court Rules 61-68. By telling me, I'm guilty of a crime that I haven't been found guilty of, telling me I can't use the restroom before the court hearing, not allowing me to speak, not giving me a chance to speak to plead my case against Sydney Scott.

13. On February 05, 2021, Sydney Scott violated the parentage court order given to both of us. We signed in open Court on August 27, 2018, by Cook County Circuit Court Judge Lisette Catherine Mojica. Sydney Scott violated the court order by not showing up at the location that Judge Lisette Catherine Mojica ordered us to meet. The court order says that Sydney Scott and I shall meet at Pilot Travel Center located at 2501 Burr St in Gary, IN, between 7 pm and 8 pm. I arrived at 7 pm and waited until 8:30 pm. Sydney Scott disrespected me for having a medical condition that's not in my control, ADHD. She used my medical condition to justify not meeting me for our parenting time. I have an audio recording to prove that the allegations that I'm filing are true.

14. On March 02, 2021, I filed a motion with Cook County Circuit Court that hasn't been answered or a court date issued. In that motion, I said: Sydney Scott has missed parenting time multiple times. She has moved to a new address without letting me know. Sydney Scott lied to Chicago police, saying that I pointed a gun at her boyfriend after I came to drop my daughter's medicine off at her mother's house, which resulted in me being wrongfully arrested on September 21, 2020. I have filed motions with Judge Fredrick H Bates. He has committed judicial misconduct towards me on numerous occasions for filing motions to enforce court orders he ordered, which resulted in me filing a report with Judicial Inquiry Board.

15. On August 06, 2021, Sydney Scott violated the parentage court order given to both of us. We signed in open Court on August 27, 2018, by Cook County Circuit Court Judge Lisette Catherine Mojica. Sydney Scott violated the court order by not showing up at the location that Judge Lisette Catherine Mojica ordered us to meet. The court order says that Sydney Scott and I shall meet at Pilot Travel Center located at 2501 Burr St in Gary, IN, between 7 pm and 8 pm. I arrived at 7 pm and waited until 8:30 pm. I called Sydney Scott, but she didn't answer. She never contacted me about not meeting me. I filed a police report with the Gary police department. The police report number is 21G800522, approved by Gary police sergeant JerVean Gates.

16. On August 20, 2021, Sydney Scott violated the parentage court order given to both of us that we signed in open Court on August 27, 2018, by Cook County Circuit Court Judge Lisette Catherine Mojica. Sydney Scott violated the court order by not showing up at the location that Judge Lisette Catherine Mojica ordered us to meet. The court order says that Sydney Scott and I shall meet at Pilot Travel Center located at 2501 Burr St in Gary, IN, between 7 pm and 8 pm. I arrived at 7 pm and waited until 8:30 pm. I called Sydney Scott, but she didn't answer. She never contacted me about not meeting me. I filed a police report with the Gary police

department. The police report number is 21G800706, approved by Gary police sergeant JerVean Gates.

17. On September 03, 2021, Sydney Scott was supposed to meet me at Court ordered parentage drop-off and pickup. Sydney Scott never showed up at the meeting location. I made a police report with the Gary police department. The report number is 21G800645.

18. On October 12, 2021, the daughter I share with Sydney Scott had an incident at school with another student. The student said that our daughter told her that she would get her cousin to rape her with a dildo. The student informed Ms. Martinez, the music teacher, what allegedly happened. Sydney Scott didn't inform me about the situation after the school called her. Sydney Scott told me that our daughter was arguing with some girls from another school, which was a lie to cover up the actual incident that allegedly happened. Sydney Scott violated the agreed permanent court order given to both of us on August 27, 2018, which states that if any emergency with our children arises, we shall notify the other parent immediately. Sydney Scott didn't let me know that our daughter and herself met with the school principal and staff, which is considered an emergency and severe situation. Sydney Scott violated the court order 2018D679029 by not letting me know about the emergency that happened with our daughter.

19. On September 03, 2021, Sydney Scott violated the parentage court order given to both of us. We signed in open Court on August 27, 2018, by Cook County Circuit Court Judge Lisette Catherine Mojica. Sydney Scott violated the court order by not showing up at the location that Judge Lisette Catherine Mojica ordered us to meet. The court order says that Sydney Scott and I shall meet at Pilot Travel Center located at 2501 Burr St in Gary, IN, between 7 pm and 8 pm. I arrived at 7 pm and waited until 8:30 pm. I called Sydney Scott, but she didn't answer. She never contacted me about not meeting me. I filed a police report with the Gary police department. The police report number is 21G800645, approved by Gary police sergeant JerVean Gates.

20. On September 17, 2021, Sydney Scott violated the parentage court order given to both of us that we signed in open Court on August 27, 2018, by Cook County Circuit Court Judge Lisette Catherine Mojica. Sydney Scott violated the court order by not showing up at the location that Judge Lisette Catherine Mojica ordered us to meet. The court order says that Sydney Scott and I shall meet at Pilot Travel Center located at 2501 Burr St in Gary, IN, between 7 pm and 8 pm. I arrived at 7 pm and waited until 8:30 pm. I called Sydney Scott, but she didn't answer. She never contacted me about not meeting me. I filed a police report with the Gary police department. The police report number is 21G800706, approved by Gary police sergeant JerVean Gates.

21. On October 01, 2021, Sydney Scott violated the parentage court order given to both of us. We signed in open Court on August 27, 2018, by Cook County Circuit Court Judge Lisette Catherine Mojica. Sydney Scott violated the court order by not showing up at the location that Judge Lisette Catherine Mojica ordered us to meet. The court order says that Sydney Scott and I shall meet at Pilot Travel Center located at 2501 Burr St in Gary, IN, between 7 pm and 8 pm. I

arrived at 7 pm and waited until 8:30 pm. I called Sydney Scott, but she didn't answer. She never contacted me about not meeting me. I filed a police report with the Gary police department. The police report number is 21G800769, approved by Gary police sergeant JerVean Gates.

22. On October 15, 2021, Sydney Scott violated the parentage court order given to both of us. We signed in open Court on August 27, 2018, by Cook County Circuit Court Judge Lisette Catherine Mojica. Sydney Scott violated the court order by not showing up at the location that Judge Lisette Catherine Mojica ordered us to meet. The court order says that Sydney Scott and I shall meet at Pilot Travel Center located at 2501 Burr St in Gary, IN, between 7 pm and 8 pm. I arrived at 7 pm and waited until 8:30 pm. I called Sydney Scott, but she didn't answer. She never contacted me about not meeting me. I filed a police report with the Gary police department. The police report number is 21G800706, approved by Gary police sergeant Mark Salazar.

23. Sydney Scott has violated parentage court orders numerous times. Judge Fredrick Bates, Timothy Evans, and the Cook County Circuit Court are aware of Sydney Scott violating court orders numerous times. I have filed motions stating that Sydney Scott is not obeying court orders. Sydney Scott violated the court order by not providing me with the new address that she currently lives.

24. On October 29, 2021, Sydney Scott called me and asked me whether I could take our daughter in a Halloween costume. I told her that I would. Sydney Scott told me that our son was in the hospital for Asthma as I was driving to the school. Sydney Scott told me to pick up our daughter because she said something inappropriate comment to another student. When I arrived at the school, the principal told me that Shevellia, our 9-year-old daughter had kill writing on her head. The principal asked Shevellia if her parents saw what she had written on her head before leaving the house. Shevellia said that neither of us had seen what was on her head. The principal told me that she had a meeting with Sydney Scott two weeks prior and that Sydney Scott told the school that I'm not involved in our children's lives. The principal asked me whether anything was sexually going on at home, where Shevellia lives. I couldn't even look the principal in her eye and tell her no. The truth is that I don't know what's going on. Sydney Scott tells our children to keep everything that's going on with them between her and them. Sydney Scott tells them that DCFS is going to take them, and they aren't going to be able to be with her no more if they tell me what's going on in their household that's inappropriate. My mother told me that my son told her that he was sexually assaulted by a family member on his mother's side of the family. I reported the allegations to DCFS. But DCFS said they destroyed the report because it was unfounded, which is tampering with evidence. That's why Illinois DCFS is listed in this lawsuit. For being negligent and ignoring the reports that I have made against Sydney Scott. DCFS caused my children and me mental anguish, stress, depression, loss of enjoyment, humiliation, defamation of character, and emotional distress.

25. All defendants conspired to cause damage to me in the following matter.
A. violating my constitutional civil rights

B. violating my rights as a father

C. violating court orders

D. violating Illinois supreme court Judicial rules 61-68

E. violating the United States constitutional rights

26. Judge Fredrick Bates is and was employed by the Cook County government when he caused me harm by violating the Judicial duty of care. The Cook County government employs Cook County state attorney office, employees.

27. I demand compensatory damages from all defendants. I also demand punitive damages, costs, and attorney fees. For the pain and suffering, humiliation, embarrassment, fear, emotional trauma, emotional distress, mental anguish, disfigurement, the deprivation of my constitutional rights and dignity, interference with my everyday life, lost time, and missed holidays.

28. All defendant's negligence caused my children and me humiliation, embarrassment, emotional trauma, emotional distress, mental anguish, disfigurement, interference with my everyday life, lost time, and missed holidays. I demand compensatory damages from all defendants. I also demand punitive damages, costs, attorney fees, court costs, and whatever additional relief this Court deems equitable and just.

Respectfully submitted,

/SHEDRICK BOWES-NORTHERN/

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A.    Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.    ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.    Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____Shedrick B_____

Plaintiff's name *(print clearly or type)*: **SHEDRICK BOWES-NORTHERN**

Plaintiff's mailing address: **1101 CUMBERLAND CROSSING DRIVE #202**

City    **VALPARAISO**    State    **IL**    ZIP    **46383**

Plaintiff's telephone number: (    )    **312-292-1945**    .

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

**SHEDRICKCHILDREN@GMAIL.COM**

15.    Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*
**1:21-CV-03351**

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]